JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS ALEXANDRE VIANA GROSSI, <br><br> Petitioner, <br><br> v. <br><br> CURRENT OR ACTING FIELD OFFICE DIRECTOR, LOS ANGELES FIELD OFFICE, US IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL., <br><br> Respondents. | NO. CV 23-8785-FMO(E) <br><br><br><br> JUDGMENT |

Pursuant to the "Order Dismissing Petition Without Prejudice,"

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 24, 2024.

                                                                    /s/<br>
                                         FERNANDO M. OLGUIN<br>
                                    UNITED STATES DISTRICT JUDGE